# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| GRUMA CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-01235-SRW |
| | ) |
| MISSION TACO LLC, et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT MISSION TACO LLC'S**
**DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE**

Pursuant to Local Rule 2.09 and Federal Rule of Civil Procedure 7.1, counsel of record for Defendant Mission Taco LLC hereby discloses the following:

1. If the subject is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene,

    a. Whether it is publicly traded, and if it is, on which exchange(s): **No.**

    b. Its parent companies or corporations (if none, state "none"): **None.**

    c. Its subsidiaries not wholly owned by the subject (if none, state "none"): **None.**

    d. Any publicly held company or corporation that owns five percent (5%) or more of the subject's stock (if none, state "none"): **None.**

2. If the subject is a party or intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor, including all members, sub-members, general and limited partners, and corporations: **N/A.**

4862-4032-2440

By signing this form, counsel acknowledges that "if any required information changes" and/or "if any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a)," counsel will file a Disclosure Statement promptly, and no later than seven (7) days of the change or event. EDMO L.R. 2.09(C); *see also* Fed. R. Civ. P. 7.1(a)(2)(B) and 7.1(b)(2).

Dated: October 19, 2023

Respectfully submitted,

**LEWIS RICE LLC**

By: /s/ Michael J. Hickey
Michael J. Hickey, 47136 (MO)
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
(314) 444-7630 (telephone)
(314) 612-7630 (facsimile)
mhickey@lewisrice.com

*Attorneys for Defendant Mission Taco LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed and served on all parties via the Court's CM/ECF system on this 19th day of October, 2023.

/s/ Michael J. Hickey