**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| GRUMA CORPORATION, <br> D/B/A MISSION FOODS <br> <br> Plaintiff, <br> <br> v. <br> <br> MISSION TACO LLC; MTJ SOULARD LLC; <br> MTJ CROSSROADS, LLC; MTJ CWE, LLC; <br> MTJ ST. CHARLES, LLC; <br> MTJ SOUTH PLAZA, LLC; <br> MTJ KIRKWOOD, LLC; <br> MTJ WOODSMILL, LLC; <br> MTJ LEAWOOD, LLC <br> MIDWEST MASA, LLC; <br> TRG CATERING LLC; <br> TRG INVESTMENTS LLC; <br> TILFORD RESTAURANT GROUP LLC; <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 4:23-cv-01235 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT NOTICE OF SETTLEMENT

Please be advised that all parties, through counsel, have agreed upon terms to resolve this matter. All parties anticipate execution of a final settlement agreement and filing a dismissal within 60 days of this notice and request the Court stay all deadlines in the case pending dismissal.

Dated: November 3, 2023                                        Respectfully submitted,

                                                                                    THOMPSON COBURN LLP

                                                                                    */s/ Brendan M. Bement*
                                                                                    Brendan M. Bement 72703(MO)
                                                                                    Matthew A. Braunel 50711(MO)
                                                                                    Thompson Coburn LLP
                                                                                    One US Bank Plaza
                                                                                    Saint Louis, MO 63101
                                                                                    (314) 552-6000 (telephone)

1

(314) 552-7000 (fax)
bbement@thompsoncoburn.com
mbraunel@thompsoncoburn.com

*Attorney for Plaintiff*


**LEWIS RICE LLC**

By: /s/  Michael J. Hickey
Michael J. Hickey, #47136 (MO)
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone:  (314) 444-7630
Facsimile: (314) 612-7630
Email:  mhickey@lewisrice.com

*Attorneys for Defendants Mission Taco LLC, MTJ Soulard LLC, MTJ Crossroads, LLC, MTJ CWE, LLC, MTJ St. Charles, LLC, MTJ South Plaza, LLC, MTJ Kirkwood, LLC, MTJ Woodsmill, LLC, MTJ Leawood, LLC, Midwest Masa, LLC, TRG Catering LLC, TRG Investments LLC, and Tilford Restaurant Group LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent Notice of Electronic Filing to all counsel of record.

*/s/ Brendan M. Bement*
Attorney for Plaintiff
